UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. **5:26-cv-01445-JWH-CTS** Date: **September 28, 2026**

Title **Benjamin Michael Whalen v. V. Araiza Ramirez, et al.**

Present: The Honorable CHRISTINA T. SHAY, United States Magistrate Judge

| Deyanira Vasquez | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):** **Order Regarding Plaintiff's Opposition to Defendant's Motion for Summary Judgment, or in the Alternative, Motion to Dismiss (ECF No. 16)**

On August 10, 2026, Defendant filed a Motion for Summary Judgment, or in the Alternative, Motion to Dismiss Plaintiff's Complaint. ("Motion," ECF No. 16.) On August 11, 2026, the Court ordered Plaintiff to file an Opposition to the Motion no later than September 10, 2026. ("Order," ECF No. 17.) To date, Plaintiff has not filed an Opposition to the Motion.

Plaintiff is **ORDERED TO SHOW CAUSE** by **October 26, 2026** why the Court should not recommend that the lawsuit be dismissed for failure to file an Opposition to the Motion. If Plaintiff files an Opposition to the Motion on or before that date, the Order to Show Cause will be discharged, and no additional action needs to be taken. **Plaintiff is advised that failure to file an Opposition to the Motion may be deemed as consent to the granting of the Motion and may result in a recommendation that this action be dismissed. C.D. Cal. L.R. 7-12.**

The Court notes that, on August 6, 2026, Plaintiff filed a Notice of Change of Address, notifying the Court that he had been moved to FCI Leavenworth. (ECF No. 18.) While it appears that Plaintiff was served with the Motion at this new address (*see* ECF No. 16-5), the Court considers whether Plaintiff did not receive the Motion. To expedite resolution of the Motion, the Court **DIRECTS** the Clerk of Court to attach a copy of the Motion to this order.

It is so ordered.

<u>Attachment</u>
Motion for Summary Judgment, or in the Alternative, Motion to Dismiss (ECF No. 16)